# United States District Court
## Western District of North Carolina
## Division

| | | |
|---|---|---|
| Delton Maynor **,** | **)** | JUDGMENT IN CASE |
| | **)** | |
| Petitioners), | **)** | 1:13-cv-00130 |
| | **)** | |
| vs. | **)** | |
| | **)** | |
| Brad Perrett**,** | **)** | |
| | | |
| Respondent(s). | **)** | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 13 2014 Order.

March 13, 2014

*Frank G. John*

Frank G. Johns, Clerk
United States District Court